**Order filed June 27, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00906-CV
_____

**MEGADRILL SERVICES LIMITED; MD NIGERIA L.L.C.; DEPTHWIZE NIGERIA LIMITED; AND ROBERT P. DUNN, Appellant**

**V.**

**TOM BRIGHOUSE, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-88243**

# O R D E R

The clerk's record was filed November 21, 2017. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain Findings of Fact and Conclusions of Law, signed on November 28, 2017.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 3, 2018, containing Findings of Fact and Conclusions of Law, signed on November 28, 2017.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM